# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ROMAN ANTATOLEVICH SUROVTSEV, | § | |
| | § | |
| *Petitioner-Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-03065-E-BK |
| | § | |
| Kristi **NOEM**, in her official capacity as | § | |
| Secretary of the U.S. Department of | § | |
| Homeland Security; Pamela **BONDI**, in | § | |
| her official capacity as Attorney | § | |
| General of the United States; Todd | § | |
| **LYONS**, in his official capacity as | § | |
| Acting Director of Immigration and | § | |
| Customs Enforcement; Josh | § | |
| **JOHNSON**, in his official capacity as | § | |
| ICE Dallas Field Office Acting Director; | § | |
| and **WARDEN** of Prairieland Detention | § | |
| Center, in his official capacity, | § | |
| | § | |
| *Respondents-Defendants.* | § | |

## ORDER

On December 18, 2025, Petitioner-Plaintiff Roman Antatolevich Surovtsev filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Emergency Motion), which seeks release from detention. (ECF No. 15). The Court has reviewed the Emergency Motion, the corresponding briefing, and the referred documents as filed in the Amended Petition. (*See* ECF No. 14).

A party seeking a temporary restraining order must prove each of the following elements: (1) a substantial likelihood of success on the merits, (2) a substantial threat of irreparable injury if the court does not grant the requested relief, (3) that the threatened injury outweighs any harm that will result if the injunction is granted, and (4) that the grant of injunctive relief will not disserve the public interest. *Janvey v. Alguire*, 647 F.3d 585, 595 (5th Cir. 2011). A temporary restraining

order is an extraordinary remedy and may only be granted if the party seeking it clearly carries the burden of persuasion on all four requirements. *Jordan v. Fisher*, 823 F.3d 805, 809 (5th Cir. 2016) (quoting *Bluefield Water Ass'n v. City of Starkville*, 577 F.3d 250, 253 (5th Cir. 2009)); *PCI Transp. Inc. v. Fort Worth & W.R.R. Co.*, 418 F.3d 535, 545 (5th Cir. 2005).

The Court determines Petitioner-Plaintiff Surovtsev has failed to carry his burden of persuasion on at least one element required to support a temporary restraining order. Consequently, Surovtsev's Emergency Motion, (ECF No. 15), is **DENIED in its ENTIRETY**.

**SO ORDERED.**

19th day of December, 2025.

ADA BROWN
UNITED STATES DISTRICT JUDGE